

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

ᗡᑌ **MAR 26 2018**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kenneth E. Jones

**FILED** PH

5/7/2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**1:18-cv-02156**
**Judge Gary Feinerman**
**Magistrate Judge Young B. Kim**
**PC9**

vs.

Wexford Health Sources

Inc, David J. Gomez,

Mears, Talini, Cordoza,

Ms. Rose, Ms. Amanda,

Miss mcqueen

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

_____  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

✓  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    Plaintiff(s):

    A.  Name: Kenneth E. Jones

    B.  List all aliases: _____

    C.  Prisoner identification number: M01375

    D.  Place of present confinement: Illinois River Correctional Center

    E.  Address: 1300 west Locust    Canton, IL 61520

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.  Defendant: Wexford Health Sources Inc

        Title: Healthcare Nurse etc.

        Place of Employment: Sheridan C.C.

    B.  Defendant: David J. Gomez

        Title: Warden

        Place of Employment: Sheridan C. Center

    C.  Defendant: Mr. Mears, Mr. Talini, Mr. Cordozg

        Title: Officers

        Place of Employment: Sheridan C.C.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _1:12 - C.V- 10027_

B. Approximate date of filing lawsuit: _13- 21-11 to 6-5-12_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Kenneth E. Jones or Kenneth Jones_

D. List all defendants: _Milton N. Dixon, Jr. et al_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _United States District Court, Northern District of Illinois Eastern Division_

F. Name of judge to whom case was assigned: _____
_Magistrate & Kendall_

G. Basic claim made: _Failure to intervene & Excessive Force_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Dismissed or Lost_

I. Approximate date of disposition: _January 2014 - August 2014_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On June 6 around noon time apprx 12:00pm I was awaken in a hospital unaware of why I was there, to be told by officer Talini that I was on life support. I didnt have any recollection of why I was there, I suffered from memory loss and pain in my neck and shoulder area, along with facial pains. Officer Talini was one of the officers who sat in with me during my stay. I was hand cuffed to the bed and had to be uncuffed to use restroom Area. During that time I realized my coordination of focus, movement and motor skills were unbalanced and difficult to function plus move. Doctors would come in an inquiry about officer then leave, I was not assisted with mobility or restroom acess. After release from hospital I was placed in healthcare area at prison to resume my incarceration. While in healthcare I didnt recieve any physical or speech therapy that I was ordered. I did speak with a Dr. Juan, Nurse Gail and Rozel Elazegui MD.

4

They gave me a physical inspection and read me my X-Ray results. I had a fractured cheek bone and a T.B.I which is a Tramatic Brain Injury. The injury was so severe that I had to be driven to west Valley hospital in Sandwich, IL unconciously and unresponsive to a cold pack and salt pack. Then I was air lifted to John Stroger Hospital in Chicago, IL to be reuived and monitered.

My claim is Failure to protect, violation of 8#4 Amendment, and deliberate indifference.

My claim is that I never recieved my speech therapy which was doctor's order and never spoke with Doctor or nurse to review my case load to make progression on notes or to evaluate my recovery.

And interference by Officer Mears of due process.

Additional Statement of claim

① I was awoken in a hospital to be told by officer Talini that I was taken to West Valley Hospital in Sandwich, IL unconcously then Air Lifted to John Stroger Hospital in chicago, IL to be placed on Life support.

② That I was assualted by cellmate (Cooper Y16713) in C-8 building at Sheridan Corrections

③ Failure to protect because I was unconcous laying on Floor in cell for over an apprx. 5 to 20 mintues time Frame before officer Kerkhover did cell inspection or routine cell check to insure inmate safety

④ I was harmed to a severe state which should have been prevented, and there is no panic button to notify staff or cameras on living area

⑤ Failure of personal safety because leading up to assualt I was speaking with I.D.O.C staff about cell placement and who I was placed with, Internal Affairs and placement officers Kevin Stiles 5939, John Doe1 who were aware of single cell status.

⑥ Staff put my safety at risk when placed around inmate who harmed me

⑦ Failure of medical orders on medical staff because I was denied physical or speech therapy. And pain medications to subdue pain of neck and shoulder area.

⑧ Medical staff miss Amanda, Nurse Green, Ms. Rose, Miss McQueen, Nurse Tina, And Dr. Juan didn't provide me with Review of case load, Files.

⑨ Officer means denied me movement to stretch and exercise my legs and Limbs by not being able to leave confined space or walk around prison during available movement

⑩ Upon Seeing officer Cordoza I was insighted a recap. of what had happened. He told me he was the officer who was present at the ambulance and delivery on Flight. He said I was unresponsive to cold pack/salt pack to awaken me, and that I was struggling to gain concousness while on Stretcher.

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To grant relief. Punitive damages, compensatory damages, consequential damages, 1997 (E) physical injury Act along with medical & restitution fees, Attorney Fee's, relief of 8th amendment and whatever court seems Fit or adequate. And To be sent to a hospital for full exam of physical stature, cotscan For brain condition and doctors evaluation. Pain and suffering Relief.

VI.   The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___20___ day of __03__ , 20_18_

_Kenneth Jones_

(Signature of plaintiff or plaintiffs)

Kenneth Jones
(Print name)

mol375
(I.D. Number)

1300 West Locust
Canton, IL 61520
(Address)

6                                          Revised 9/2007

# Medication List

Patient : JONES, KENNETH E
Address : 7003 S CRANDON AVE, NO ID
CHICAGO, IL 60649
Phone : (773) 608-9888

Med Rec # : 0056072622
DOB : 03/02/91
Sex : Male
Physician :

## All Active Medications

**Medications**

bacitracin topical
1, APP, Oint, Topical, BID, 4, 30, GM, 10/21/10 12:51:37, Maintenance, phoppharm8, Constant Indicator
OLANZapine (olanzapine 10 mg Tab UD)
10 MG, 1 TAB, Tab, PO, Bedtime, Routine, 12/10/15 21:00:00, 16 WEEK, 03/31/16 20:59:00
sodium chloride nasal (Nasal Saline 0.65% nasal solution)
2 GTT, Nostril, Both, Q 2 Hr, # 1 EA, 0 Refill(s), 07/26/15 9:46:00, rxshledgreenpb
risperidone (risperidone 2 mg oral tablet)
2, MG, 1, TAB, PO, BID, 0, 04/04/10 12:44:27, 0, Substitution Allowed, current medication from another provider,
Constant Indicator
risperidone
2, MG, PO, BID, 0, 0, 05/04/10 19:29:45, 0, Substitution Allowed, CCH EmpHealth, Constant Indicator, 30, DAYS, 30
citalopram (citalopram 20 mg Tab)
20 MG, 1 TAB, Tab, PO, Daily, Routine, 12/11/15 9:00:00, 16 WEEK, 04/01/16 8:59:00
diphenhydrAMINE (diphenhydramine 50 mg Cap UD)
50 MG, 1 CAP, Cap, PO, Bedtime, Routine, 12/10/15 21:00:00, 16 WEEK, 03/31/16 20:59:00
acyclovir topical (Zovirax Topical 5% cream)
Topical, 5 Times Daily, 1.00114e+006, 0, 04/04/10 12:42:55, 0, Substitution Allowed, current medication from
another provider, Constant Indicator

This is a medication list to assist me with gaining
counsel, to inform courts of medicine I was taking and
currently taking.

Also included are some medical evaluation files that
I have copies of, from the situations that occurred.

WEXFORD HEALTH SOURCES INCORPORATED

To:         Site Medical Director & HSA

From:       Utilization Management                    DELIVERED JUN 1 5 2017

Date/Time: 06/15/2017 19:14

Subject:    Inmate Name:    JONES, KENNETH
            Inmate Number:  M01375
                   Site:    SHERIDAN CORRECTIONAL CENTER
                Service:
                            92521   EVALUATION OF SPEECH FLUENCY

Authorization ID: 48151691

Based upon a review of the information provided, Service is Approved.

   Comments:
   6-14-17 Received urgent request for Speech Therapy Eval r/t patient
   who was hospitalized 5/28/17-6/6/17 after being assaulted and
   suffered blunt head trauma. The injury affected his coordination,
   speech, and fine movements. Approved by Dr. Garcia after referral
   review.

From: _____
   Dedicated Utilization Management

-----------------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

            Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
            877-939-2884 or 800-353-8384 - Phone
                                    412-937-9151 - Fax
         WWW.WEXFORDHEALTH.COM

7/12/17

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management

3:45 pm
1:45 - OT
2:30 - PT
5:15 - Speech

DELIVERED JUN 1 5 2017

Date/Time: 06/15/201707:19:14

Subject:   Inmate Name:    JONES, KENNETH
           Inmate Number:  M01375
           Site:           SHERIDAN CORRECTIONAL CENTER
           Service:

           97161    PT EVAL LOW COMPLEX 20 MIN
           97165    OT EVAL LOW COMPLEX 30 MIN

Authorization ID: 727276574

Based upon a review of the information provided, Service is Approved.

Comments:
6-14-17 Received urgent request for PT/OT Eval r/t patient who was
hospitalized 5/28/17-6/6/17 after being assaulted and suffered
blunt head trauma. The injury affected his coordination, speech,
and fine movements. Approved by Dr. Garcia after referral review.

**Please have PT and OT Evals done together**

From: _____
      Dedicated Utilization Management

---

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
877-939-2884 or 800-353-8384 - Phone
                              412-937-9151 - Fax
WWW.WEXFORDHEALTH.COM

Scanned
6.14.17

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Sheridan Correctional Center
(Facility)

Offender's Name: Jones, Kenneth     ID# M01375

Reason for Referral:
☐ Consult      ☐ Non-Formulary Medications    ☐ Medical Equipment
☐ Evaluation   ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent? ☑ Yes  ☐ No

Referred to: ___PT / OT - Eval & tx plan___    - Please include Hospital records.

Rationale for Referral: 26 yo o⁷ s/p significant close head injury r/t altercation on 5/28/17 admitted @ JSH, discharged 6/6/17. The injury affected his coordination and speech, also fine movements.
PE: A&O x3. Amb slow, steady  M/5 +5 |+5  DTR+2 /+2 to ex+ x4.
Mental Status Exam - remarkable for delayed recall, unable to perform serial 7's. Neuro: CN - intact. Finger to nose completed shakily. Heel to toes walking unsteady, slow speech, slight sluring.
06/12/17

Print Referring Practitioner's Name: _Song Hwangut, MD_     Referring Practitioner's Signature     Date 06/12/17

---

**Report of Referral (Use Reverse Side, if necessary)**

Findings: _____

_____

_____

_____

Assessment: _____

_____

_____

_____

Recommendations/Plans: _____

_____

_____

_____

Print Practitioner's Name     Practitioner's Signature     Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name     Facility Medical Director's Signature     Date

6.14.17

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Sheridan Correctional Center
(Facility)

Offender's Name: _____ , Kenneth          ID# M01375

Reason for Referral: ☑ Consult          ☐ Non-Formulary Medications   ☐ Medical Equipment
                     ☐ Evaluation       ☐ Management
                     ☐ Procedure/service (specify) _____
                     ☐ Other (specify) _____

Urgent: ☑ Yes  ☐ No
                                                    - Please include Hospital records.
Referred to: _____ Speech Therapy Eval & tx plan.

Rationale for Referral: 26 yo o who sustained significant dose head injury
s/p altercation 5/28/17. Demonstrating slow & slight slurring of speech.
_____
_____

Rozel Elazegui, MD                                          06/13/17
Print Referring Practitioner's Name    Referring Practitioner's Signature    Date

Report of Referral (Use Reverse Side, if necessary)
Findings:_____
_____
_____
_____

Assessment:_____
_____
_____
_____

Recommendations/Plans: _____
_____
_____
_____

Print Practitioner's Name              Practitioner's Signature              Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
  DOC 0255.

Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Distribution: Offender's Medical File, and          Page 1 of 1          DOC 0254 (Eff.4/2007)
if denied/revised, Heath Care Unit Administrator                        (Replaces DC 7105)

| No Appointments found | | | | |
|---|---|---|---|---|

## Future Orders:

## Immunizations:

## Vital Signs:

Height: 174.25 cm

Weight: 86.5 KG

BMI:

Systolic Blood Pressure: 128 mmHg

Diastolic Blood Pressure: 69 mmHg

### Smoking Status

Former smoker

If you smoke, you are being instructed to stop smoking for the sake of your health. Please discuss this with your clinic doctor, or for assistance please call 1-866-QUIT-YES (1-866-784-8937).

### Laboratory or Other Results This Visit (last charted value for your 05/28/2017 visit)

No Laboratory or Other Results This Visit

### Procedures

No Procedures Documented

### Medication List:

This is the list of current medications in your medical record. It may include medications from visits to other clinics or areas of the hospital and medications you told us you were prescribed by other doctors. If you have any questions about any medications that were not prescribed from this clinic, please contact the doctor that prescribed them.

**acyclovir topical (Zovirax Topical 5% cream)** , Topical, 5 TIMES DAILY, Refills: 0

**bacitracin topical** 1 APP, Topical, TWICE DAILY

**chlorhexidine topical (chlorhexidine topical 0.12% liquid (oral rinse))** 15 ML, Swish and Spit, TWICE DAILY, Oral Rinse

**risperidone** 2 MG, Oral, TWICE DAILY, 30 DAYS, 30 DAYS, Refills: 0

**risperidone (risperidone 2 mg oral tablet)** 1 TAB, Oral, TWICE DAILY, Refills: 0

**sodium chloride nasal (Nasal Saline 0.65% nasal solution)** 2 GTT, Nostril Both, EVERY 2 HOURS, Refills: 0

Cook County Health and Hospitals System would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

**Patient education materials, if any, will display below**

Improving Cognition After Traumatic Brain Injury

A traumatic brain injury (TBI) is a jolt to your brain that changes the way your brain works. This type of injury can change the way you think, act, move, and feel. One of the most common symptoms of TBI is slowed thinking. After TBI, you may have trouble remembering things, getting organized, or finding the right words to use when speaking. These types of brain functions are called cognition.

TBI symptoms, such as anger, fear, stress, or trouble sleeping, can slow down your thinking even more. Some medicines used after a TBI to reduce anxiety, pain, or depression can also slow down cognition. That's why healthcare providers are careful about giving medicines for a TBI. For these reasons, it is very important to learn ways to improve cognition after a TBI.

## Common TBI cognition problems

Changes in your brain after a TBI can affect the way your brain takes in and stores information. This can cause your thinking process to be slower and make it harder to stay focused. Here are some common problems you might have:

- **You might lose some memory.** After a TBI you could have trouble storing and finding memories. The most common type of memory loss after a TBI is called short-term memory loss. Short-term memories are memories of things that happened about 30 minutes earlier. One example is going to the store and forgetting what you went there to buy.

- **You might have a hard time getting organized.** Many people with a TBI complain that they have trouble doing more than a few things at once. You might put on the TV and forget about food that is cooking on the stove. You might start projects or make plans but have trouble following through.

- **You might not be able to find the right words to use.** Everybody has had the experience of having a word on the "tip of the tongue," but not being able to remember it. After a TBI, this type of problem may become more frequent. You may struggle to find the words you want to use or use wrong words instead.

## Improving cognition after TBI

Specialists who work in TBI recovery programs are trained to look for and treat cognition problems. If you are in such a program, take advantage of their help. There are also many things you can do on your own to improve cognition:

- Think of your brain as a muscle. You can help your brain improve by exercising it and keeping it active. Practice memorizing things, or work on crossword puzzles. A memory specialist can teach you different ways to improve your memory.

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Sheridan Correctional Center

**Non-Specific Discomfort**

Offender Information:

Jones    Kenneth    ID#: M01375
Last Name    First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-31-17 6:55 | RN NOTE   LPN/CMT NOTE | **P) MD Referral if:** |
| | S) - Any Allergies? Seasonal. | |
| | - Location of pain / discomfort? (R) elbow, shoulder   shoulder   elbow | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain Stabbing  Throbbing  (Constant) (Intermittent)  Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated? no. Hasn't been treated. | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10? 8/10 | |
| | - Duration of pain? 3-4 weeks | **No MD referral:** |
| | O) T 98⁹ P 88 R 18 BP 111/83 WT 185 | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort limited ROM | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | | **Patient Teaching:** |
| | - Observations related to body part affected S/R: elbow only hurts when lifting weights. S/B: new onset pain S/R: describes pain as "shooting" "electrical" "like my arm's asleep." S/R: medical/special needs gym expires 3/19 | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | **A) Non-Specific Discomfort** | Nurse Signature _____ Payment voucher  YES  NO |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Sheridan Correctional Center

Offender information:

Last Name     First Name    MI    ID#: _____

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

Cognition problems can cause some people to make bad decisions. One of the worst
decisions you can make is to treat your symptoms with drugs or alcohol. Also, medicines
are usually not the answer for cognition problems. Take only medicine prescribed by your
healthcare provider. Take no other medicines, even over-the-counter ones, without checking
with your healthcare provider first.

Cognition problems and other symptoms of a TBI usually get better over time. The time it
will take your brain to recover is unpredictable, because every brain is a little different and
no two TBIs are the same. Also, be sure to let your healthcare provider know if your
symptoms are getting worse.

Â© 2000-2016 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067.
All rights reserved. This information is not intended as a substitute for professional medical
care. Always follow your healthcare professional's instructions.
Extracted from:

| | | |
|---|---|---|
| Title: Trauma Progress Note | Author: OUTLAW MD, KATRECE D | Date: 6/6/17 |

Patient: JONES, KENNETH E MRN: 002822947c FIN: 0785900598
Age: 26 years Sex: Male DOB: 3/2/1991
Associated Diagnoses: None
Author: OUTLAW MD, KATRECE D

Subjective

Reason for Visit 26 yo M from jail w/ schizophrenia who was transfered from OSH
(KishHealth systems) on 5/28 for BHT w/ LOC and reported GCS of 5. Per Corrections
officer at bedside pt was found down at 10 am on morning of admission with trauma to
face/head and was initially not responding. Pt GCS initially 13 followed by 15. Initially
admitted for 23 hour neurochecks that expired at 9am 5/29/17. . Additional Information No
events overnight. Pt with increasingly improving level of arousal, drowsy but easily
arousable this AM. Oriented to person and place, and time. .

Objective
VS/Measurements

Vital Signs Last 24 Hours
Vital Last Result Minimum Result Maximum Result
Temperature Oral 97.7 JUN-06 05:00 97.7 JUN-06 05:00 98.1 JUN-06 01:00
Heart Rate 48 JUN-06 05:00 48 JUN-06 05:00 72 JUN-05 09:00
Respiratory Rate 18 JUN-06 05:00 18 JUN-06 05:00 20 JUN-05 08:00
Oxygen Saturation 98 JUN-06 05:00 98 JUN-06 05:00 99 JUN-05 16:00
Systolic Blood Pressure 108 JUN-06 05:00 108 JUN-06 05:00 129 JUN-05 16:00
Diastolic Blood Pressure 68 JUN-06 05:00 65 JUN-05 08:00 76 JUN-06 01:00
Mean Arterial Pressure, Cuff 81 JUN-06 05:00 81 JUN-06 05:00 94 JUN-05 16:00
General: No acute distress.
HENT: Healed laceration L forehead. Improved swelling over R maxilla.

remembering things, getting organized, or finding the right words to use when speaking. These types of brain functions are called cognition.

TBI symptoms, such as anger, fear, stress, or trouble sleeping, can slow down your thinking even more. Some medicines used after a TBI to reduce anxiety, pain, or depression can also slow down cognition. That's why healthcare providers are careful about giving medicines for a TBI. For these reasons, it is very important to learn ways to improve cognition after a TBI.

Common TBI cognition problems

Changes in your brain after a TBI can affect the way your brain takes in and stores information. This can cause your thinking process to be slower and make it harder to stay focused. Here are some common problems you might have:

• You might lose some memory. After a TBI you could have trouble storing and finding memories. The most common type of memory loss after a TBI is called short-term memory loss. Short-term memories are memories of things that happened about 30 minutes earlier. One example is going to the store and forgetting what you went there to buy.

• You might have a hard time getting organized. Many people with a TBI complain that they have trouble doing more than a few things at once. You might put on the TV and forget about food that is cooking on the stove. You might start projects or make plans but have trouble following through.

• You might not be able to find the right words to use. Everybody has had the experience of having a word on the "tip of the tongue," but not being able to remember it. After a TBI, this type of problem may become more frequent. You may struggle to find the words you want to use or use wrong words instead.

Improving cognition after TBI

Specialists who work in TBI recovery programs are trained to look for and treat cognition problems. If you are in such a program, take advantage of their help. There are also many things you can do on your own to improve cognition:

• Think of your brain as a muscle. You can help your brain improve by exercising it and keeping it active. Practice memorizing things, or work on crossword puzzles. A memory specialist can teach you different ways to improve your memory.

• To avoid losing your keys, wallet, or important papers, have one place at home where you keep them.

• Write things down. Make lists of tasks you need to remember when those things are still fresh in your mind. Keep a to-do list and fill in a daily planner for the days ahead.

• Break down your chores each day into easy pieces. Do one thing at a time and then move on to the next thing.

• If you are struggling to find the right word, talk around the word by using other similar words. You can sometimes find the word you want by going through the alphabet for the right first letter.

• Go to bed and get up at the same time every day. Being tired during the day makes cognition worse. Don't try to do too much when you're tired.

• Avoid stressful situations and strong emotions. Learn ways to reduce stress. Try exercise, deep breathing, massage, listening to music, or doing an activity or hobby you enjoy.

• Avoid caffeine, alcohol, and nicotine.

A: Airway intact, pt is able talking
B: equal breath sounds, clear bilaterally, stattign 100% on RA
C: VSS, pulses+2 distally and proximally, symmetrical
D: GCS 13 - does not obey commands and is not oriented

CAGE, HIV, abuse and Cease fire - unable to assess
Tetnus updated at OSH

PMHx: Schizophrenia
PSHx: none
SH: Polysubstance abuse per chart

Secondary survey:
R. facial edema - from periorbital area to jaw
R. forehead laceration to subcutaneous tissue - 2cm linear

Imaging:
CXR: negative
Pelvis XR: negative
CT head w/o contrast: negative
CT facial: mininally displaced comminuted fracture of R. zygomatic arch
CT cervical spine w/o contrast: negative
CT chest arch protocol: negative
CT abdomen/pelvis w/ contrast: negative

Plan:
CT head w/o contrast negative for bleed x2 - Will admit to obs 23 hour neurochecks
Unable to clear cervical spine - will leave c-collar in place until pt is able to participate in exam
Arch, anbdomen, T/L/S spine cleared with CT
Laceration repaired with absorbable sutures

Consulting Service
ENT: 05/28/2017 16:27:00 , recommends f/u in ENT clinic D 5/31/17 at 8am.

--------------------Fellow Addendum---------------------

Patient seen and examined with resident.
26 year old male s/p BHT with unknown LOC. transferred from OSH after an assault in prison. Patient was found down by corrections officers after presumed assault. Initial GCS reportedly 5.
On arrival, GCS 13 and VSS. Primary survery intact. Secondary survery positive for right forehead laceration, facial swelling.

*Rehab issues:

- Therapy Instructions:

On evaluation, patient Alert and awake and oriented to person and place. per security in room, patient had better mentation on our examination than prior evaluations.

In setting of recent TBI, recommend maintaining sleep wake cycles with current psychotropic medication regimen. keep lights on during day to cue daytime wake fullness, lights off at 8 PM to encourage sleep and reduce daytime drowsiness/nighttime agitation, limit visitors to no more than 2 at a time to curb agitation cues.

Anticipate patient will continue to improve with mentation and will be safe to return to discharge to Cermak

Will await clearance in mobility with physical therapy and will continue to follow the patient's progress during the acute medical setting and make recommendations regarding the patient's rehab needs as his course progresses.

Amir Rahnavard, MD PGY-3
Department of Rehabiliation
312-942-6000 x4578

Attending note:

Patient interviewed and examined with Dr. Rahnavard. Assessment and recommendations discussed with Dr. Rahnavard and Dr. Belachew (Trauma); I agree with the assessment and recommendations as above. .

Extracted from:

Title: Trauma H&P_AB

Author: BELACHEW MD, ADAM

Date: 5/28/17

Impression and Plan
Assessment and Plan

26 yo M from jail w/ schizophrenia who was transfered from OSH (KishHealth systems) for BHT w/ LOC and reported GCS of 5. Per Corrections officer at bedside pt was found down at 10 am this morning with trauma to face/head and was initially not responding.

Primary survey: